USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN BUSSEY,

                        Plaintiff,

      — against —

WILLIAM PHILLIPS et al.,

                        Defendants.

04 Civ. 6679 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The trial in this matter commenced on September 14, 2009. The plaintiff, Kevin Bussey ("Bussey"), is ordinarily incarcerated at the Green Haven Correctional Facility. For the duration of the trial, Bussey is being housed at the Manhattan Correctional Center (the "MCC"). Bussey has informed the Court that since arriving at the MCC on September 11, 2009, he has not had access to a shower, Halal food, an arrival phone call, or funds in a commissary account. It is hereby

    **ORDERED** that officials at the MCC provide the plaintiff, Kevin Bussey ("Bussey"), with access to a shower, Halal food, an arrival phone call, and any commissary funds belonging to Bussey that can be transferred to the Manhattan Correctional Center from Green Haven Correctional Facility.

**SO ORDERED.**

Dated:    New York, New York
             14 September 2009

                                          Victor Marrero
                                             U.S.D.J.